1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE R. LOO
4  Special Assistant United States Attorney
   California State Bar 162029
5       333 Market Street, Suite 1500
        San Francisco, California  94105
6       Tel:  (415) 977-8927
        Fax:  (415) 744-0134
7       Email:  Katherine.Loo@ssa.gov

8  Attorneys for defendant Michael J. Astrue,
        Commissioner of Social Security
9

                  UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION

MARIA FONSECA,                )  No.  CV-08-03324-RZ
                              )
                              )  [**PROPOSED**] **JUDGMENT OF**
         Plaintiff,           )  **REMAND**
                              )
    v.                        )
                              )
MICHAEL J. ASTRUE, Commissioner)
of Social Security Administration,)
                              )
         Defendant.           )
                              )
_____)

   The Court ~~having~~ approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrently with the lodging of the within Judgment of Remand.  Accordingly,

///

///

-1-

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2  above-captioned action is remanded to the Commissioner of Social
3  Security for further proceedings consistent with the Stipulation for Remand.
4  DATED: November 21, 2008

5  _____
6  HON. RALPH ZAREFSKY
   UNITED STATES MAGISTRATE JUDGE

13 Presented by:
14 THOMAS P. O'BRIEN
15 United States Attorney
   LEON W. WEIDMAN
16 Assistant United States Attorney
17 Chief, Civil Division

18  /s/ - *Katherine R. Loo*
19 KATHERINE R. LOO
20 Special Assistant United States Attorney

21
22 Attorneys for Defendant