1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Br #63747)
4  E-mail: tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

*FILED CLERK, U.S. DISTRICT COURT MAY 16 2012 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA FONSECA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | CIVIL NO. CV 08-03324-RZ<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that ~~Plaintiff's counsel, as Plaintiff's assignee~~ *Plaintiff*, shall be awarded attorney fees under the EAJA in the amount of Two Thousand Nine Hundred ($2,900.00), as authorized by 28 U.S.C. § 2412(d), ~~subject to the terms of the above-referenced Stipulation.~~

Dated: 5/16/12

　　　　　　　　　　　　　　　　　/s/ Ralph Zarefsky
　　　　　　　　　　　　　　　　　RALPH ZAREFSKY
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE